# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

GEN-U-TECH, LLC, a Missouri limited liability company )
)
)
Plaintiff, )
)
vs. )                Cause No. 6:25-cv-3198
)
ACE FIRE UNDERWRITERS )
INSURANCE COMPANY )
)
Defendant. )

## NOTICE OF REMOVAL

Defendant, ACE Fire Underwriters Insurance Company, by and through its attorneys, Rynearson, Suess, Schnurbusch & Champion, LLC, removes this case to the United States District Court for the Western District of Missouri pursuant to 28 U.S.C. § 1446 upon the following grounds:

## VENUE

1.      There is commenced and is now pending in the Circuit Court of Greene County, Missouri, a certain civil action designated as No. 2531-CC00475, in which Gen-U-Tech, LLC is plaintiff and ACE Fire Underwriters Insurance Company ("ACE") is defendant.

2.      Venue lies in the United States District Court for the Western District of Missouri, Southern Division, pursuant to 28 U.S.C. § 1446(a) because plaintiff filed the original action in Greene County, Missouri, which is within the Western District of Missouri.

## DIVERSITY OF CITIZENSHIP

3.      The district courts for the United States have original jurisdiction over this litigation pursuant to 28 U.S.C. § 1332.

Case 6:25-cv-03198-MDH    Document 1    Filed 07/24/25    Page 1 of 6

4.     Complete diversity of citizenship exists between plaintiff and defendant as required by 28 U.S.C. § 1332(a).

5.     Plaintiff Gen-U-Tech, LLC is now and was at the commencement of this action a Limited Liability Company existing under the laws of Missouri and its sole and managing member is a citizen of the State of Missouri.

6.     Defendant ACE is now and was at the commencement of this action a corporation organized and existing under the laws of the State of Pennsylvania with its principal place of business in Pennsylvania.  ACE is a citizen of the State of Pennsylvania.

## AMOUNT IN CONTROVERSY

7.     The amount in controversy, exclusive of interest and costs, exceeds $75,000.00 as required by 28 U.S.C. § 1332(a).

8.     This action involves a breach of contract claim and alleges "There was at least approximately $77,129.28 in damages and losses" and that defendant refused to "pay anything and thus breached the contract" (Petition, paragraph 25, attached as exhibit A to this removal). Additionally, Count II seeks statutory penalties and attorneys' fees.

## TIMELINESS

9.     Plaintiff filed the complaint on April 17, 2025.

10.     Plaintiff served a copy of the summons and complaint on the Missouri Department of Commerce and Insurance on July 2, 2025. ACE's registered agent received a copy of the summons and complaint forwarded by the Missouri DCI on July 7, 2025.

11.     This notice of removal was filed within thirty days after service on defendant pursuant to 28 U.S.C. § 1446(b).

## NOTICE REQUIREMENTS

12. Written notice of the filing of this removal was given to plaintiff pursuant to 28 U.S.C. § 1446(d).

13. A copy of this notice of removal was filed with the Circuit Court of Greene County, Missouri as required by 28 U.S.C. §1446(d).

14. A copy of all process and pleadings were filed contemporaneously with this notice of removal in accordance with 28 U.S.C. §1446(a).

WHEREFORE, defendant, ACE Fire Underwriters Insurance Company, removes this case to the United States District Court for the Western District of Missouri and hereby requests that the filing of this notice of removal shall effect the removal of said civil action to this Court.

**DEFENDANT DEMANDS TRIAL BY JURY**.

RYNEARSON, SUESS, SCHNURBUSCH & CHAMPION LLC.

By /s/James E. DeFranco
James E. DeFranco #32830
500 North Broadway, Suite 1550
St. Louis, Missouri 63102
(314) 421-4430
(618) 628-2000
(314) 421-4431 Fax
jdefranco@rssclaw.com
ATTORNEYS FOR DEFENDANT

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| GEN-U-TECH, LLC, a Missouri limited liability company | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Cause No. 6:25-cv-3198 |
| ACE FIRE UNDERWRITERS INSURANCE COMPANY | ) ) ) ) | |
| Defendant. | ) | |

## **AFFIDAVIT**

STATE OF MISSOURI    )
                              ) SS
COUNTY OF ST. LOUIS CITY   )

James E. DeFranco, being duly sworn upon his oath, deposes and states that he is an attorney for defendant ACE Fire Underwriters Insurance Company, that he has read the foregoing Notice of Removal and believes it to be true, and that he makes this affidavit as an agent authorized to execute same on behalf of defendant.

        /s/ James E. DeFranco
          JAMES E. DEFRANCO

SUBSCRIBED AND SWORN TO before me this 24th day of July, 2025.

        /s/ Marie G. Agne
          Notary Public

OFFICIAL SEAL
Marie G. Agne
NotaryPublic State of Illinois
My Commission Expires 2/27/27

Case 6:25-cv-03198-MDH   Document 1   Filed 07/24/25   Page 4 of 6

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

GEN-U-TECH, LLC, a Missouri limited
liability company

           Plaintiff,

vs.                                  Cause No. 6:25-cv-3198

ACE FIRE UNDERWRITERS
INSURANCE COMPANY

           Defendant.

## CERTIFICATE OF SERVICE

James E. DeFranco, after being duly sworn upon his oath, deposes and states that he is an attorney for defendant ACE Fire Underwriters Insurance Company, in the above-entitled cause; that on the 24th day of July, 2025, he sent by email, a Notice, a copy of which is attached hereto, to counsel for all parties of record in the above-captioned cause, and that attached to said Notice was a copy of the Notice of Removal.

Affiant further says that on the 24th day of July, 2025, a copy of the Notice of Removal filed herein was also filed via the court's case.net e-filing system with the Clerk of the Circuit Court of Greene County, Missouri.

/s/ James E. DeFranco
JAMES E. DEFRANCO

SUBSCRIBED AND SWORN TO before me this 24th day of July, 2025.

/s/ Marie G. Agne
Notary Public

OFFICIAL SEAL
Marie G. Agne
Notary Public State of Illinois
My Commission Expires 2/27/27

Case 6:25-cv-03198-MDH    Document 1    Filed 07/24/25    Page 5 of 6

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

GEN-U-TECH, LLC, a Missouri limited liability company )
)
)
        Plaintiff, )
)
vs. )        Cause No. 6:25-cv-3198
)
ACE FIRE UNDERWRITERS INSURANCE COMPANY )
)
)
        Defendant. )

## CERTIFICATE OF SERVICE

I hereby certify that on 24th day of July, 2025, I electronically filed the **Notice of Removal,**

with the Clerk of Court using the CM/ECF system which will send notification of such filings(s)

to the following:

Henry Elster, Esq.
The Elster Law Office, LLC
7800 Forsyth Blvd., Fifth Floor
Clayton, MO 63105
(314) 727-0868
henry@elsterlaw.com
Counsel for Plaintiff

        RYNEARSON, SUESS, SCHNURBUSCH & CHAMPION LLC.

        By /s/ James E. DeFranco
        James E. DeFranco, #32830
        500 North Broadway, Suite 1550
        St. Louis, Missouri 63102
        (314) 421-4430
        (618) 628-2000
        (314) 421-4431 Fax
        jdefranco@rssclaw.com
        ATTORNEYS FOR DEFENDANT