**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

GEN-U-TECH, LLC,

     *Plaintiff*,

        v.

ACE FIRE UNDERWRITERS INSURANCE
COMPANY,

     *Defendant*.

No. 6:25-CV-03198-MDH

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Gen-U-Tech, LLC ("Plaintiff"), by counsel, hereby requests that the above matter

be dismissed with prejudice and that each party bear its own taxable costs.

THE ELSTER LAW OFFICE, LLC

By /s/   *Henry P. Elster*

Henry Elster, #62875MO
7800 Forsyth Blvd., Fifth Floor
Clayton, MO 63105
(314) 727-0868
henry@elsterlaw.com
***Counsel for Plaintiff***

**PROOF OF SERVICE**

I hereby certify that on the 29th day of October 2025, I electronically filed the attached document via the court's CM/ECF e-filing system which will send notification of such filings(s) to the following, and that I sent a copy of same on this date via e-mail to the following:

**James DeFranco, Counsel for Defendant (via e-mail)**

*/s/ Henry P. Elster*

2