# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **GEN-U-TECH, LLC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.  6:25-cv-03198-MDH** |
| | ) | |
| **ACE FIRE UNDERWRITERS INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Before the Court is Plaintiff's voluntary dismissal with prejudice. (Doc. 19). Plaintiff requests that this matter be dismissed with prejudice, each party to bear their own costs.

Wherefore, the Court hereby **ORDERS** that this case be dismissed, with prejudice, with each party to bear its own costs.

**IT IS SO ORDERED**.

DATED: November 3, 2025

 */s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**